IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TOP METAL BUYERS INC., et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 24-cv-01073-NJR |
| | ) | |
| ANDREW LOPINOT, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS, ST. CLAIR COUNTY AND ANDREW LOPINOT, ANSWER TO FIRST AMENDED COMPLAINT**

COMES NOW, Defendants, St. Clair County Treasurer, Andrew Lopinot, in his official capacity, and St. Clair County, (collectively referred to as "St. Clair County Defendants"), by and through their undersigned attorneys, and for Answer to Plaintiffs First Amended Complaint, and state as follows:

1.     Paragraph 1 calls for a legal conclusion to which no response is required.

2.     Paragraph 2 calls for a legal conclusion to which no response is required. To the extent that Paragraph 2 contains factual allegations, St. Clair County Defendants deny such and demand strict proof thereof. St. Clair County Defendants deny that they have engaged in an unconstitutional taking.

3.     Paragraph 3 calls for a legal conclusion to which no response is required. To the extent that Paragraph 3 contains factual allegations, St. Clair County Defendants deny such and demand strict proof thereof. St. Clair County Defendants deny that they have engaged in an unconstitutional taking.

4.    Paragraph 4 calls for a legal conclusion to which no response is required.

5.    Paragraph 5 calls for a legal conclusion to which no response is required. To the extent that Paragraph 5 contains factual allegations, St. Clair County Defendants deny such and demand strict proof thereof. St. Clair County Defendants deny that they have engaged in an unconstitutional taking.

6.    Paragraph 6 calls for a legal conclusion to which no response is required. To the extent that Paragraph 6 contains factual allegations, St. Clair County Defendants deny such and demand strict proof thereof. St. Clair County Defendants deny that they have engaged in an unconstitutional taking.

7.    Paragraph 7 calls for a legal conclusion to which no response is required. St. Clair County Defendants deny that this matter is appropriate for a class action.

8.    Paragraph 8 calls for a legal conclusion to which no response is required. To the extent that Paragraph 8 contains factual allegations, St. Clair County Defendants deny such and demand strict proof thereof. St. Clair County Defendants deny that they have engaged in an unconstitutional taking.

## PARTIES – PLAINTIFFS

9.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 9 and therefore deny the same.

10.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 10 and therefore deny the same.

11.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 11 and therefore deny the same.

12.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 12 and therefore deny the same.

13.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 13 and therefore deny the same.

14.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 14 and therefore deny the same.

15.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 15 and therefore deny the same.

16.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 16 and therefore deny the same.

17.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 17 and therefore deny the same.

18.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 18 and therefore deny the same.

19.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 19 and therefore deny the same.

20.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 20 and therefore deny the same.

21.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 21 and therefore deny the same.

22.    Paragraph 22 calls for a legal conclusion to which no response is required. St. Clair County Defendants deny that Plaintiffs are similarly situated with other parties, deny that the St. Clair County Defendants institutionalized any theft.

**PARTIES – DEFENDANTS**

23.    St. Clair County Defendants admit that Andrew Lopinot is the St. Clair County Treasurer and undertakes his duties and responsibilities under

Illinois law. The remainder of Paragraph 23 calls for a legal conclusion to which no response is required.

24.    St. Clair County Defendants denies that Andrew Lopinot is currently the president of the Illinois County Treasurers Association.

25.    St. Clair County Defendants admit that St. Clair County is an Illinois County organized under the laws of the State of Illinois. St. Clair County Defendants further admit that the City of East St. Louis, Illinois is located within the corporate limits of St. Clair County. St. Clair County Defendants admits that Andrew Lopinot is the elected Treasurer of St. Clair County; however, whether St. Clair County is the "employer" of the elected Treasurer calls for a legal conclusion to which no response is required.

26.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 26 and therefore deny the same. To the extent that Paragraph 26 calls for a legal conclusion no response is required.

27.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 27 and therefore deny the same. To the extent that Paragraph 27 calls for a legal conclusion no response is required.

28.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 28 and therefore deny the same. To the extent that Paragraph 28 calls for a legal conclusion no response is required.

29.     St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 29 and therefore deny the same. To the extent that Paragraph 29 calls for a legal conclusion no response is required.

30.     St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 30 and therefore deny the same. To the extent that Paragraph 30 calls for a legal conclusion no response is required.

31.     St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 31 and therefore deny the same. To the extent that Paragraph 31 calls for a legal conclusion no response is required.

32.     St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 32 and therefore deny the same. To the extent that Paragraph 32 calls for a legal conclusion no response is required.

33.     St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 33 and therefore deny the same. To the extent that Paragraph 33 calls for a legal conclusion no response is required.

34.     Paragraph 34 calls for a legal conclusion to which no response is required. To the extent Paragraph 34 contains factual allegations St. Clair

County Defendants deny that Plaintiffs are similarly situated with other parties and deny that the St. Clair County Defendants stole any property.

35.    St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 35 and therefore deny the same. To the extent that Paragraph 35 calls for a legal conclusion no response is required.

## JURISDICTION & VENUE

36.    Paragraph 36 calls for a legal conclusion to which no response is required. St. Clair County Defendants deny jurisdiction based upon the Rooker-Feldman doctrine.

37.    Paragraph 37 calls for a legal conclusion to which no response is required. St. Clair County Defendants deny jurisdiction based upon the Rooker-Feldman doctrine.

38.    Paragraph 38 calls for a legal conclusion to which no response is required. St. Clair County Defendants deny jurisdiction based upon the Rooker-Feldman doctrine.

39.    Paragraph 39 calls for a legal conclusion to which no response is required. St. Clair County Defendants deny jurisdiction based upon the Rooker-Feldman doctrine.

## FACTS

40.    Paragraph 40 contains a quote from a legal citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the quotation. To the extent that Paragraph 40

calls for a legal conclusion no response is required. To the extent that Paragraph 40 contains allegations of fact the St. Clair County Defendants deny said allegations.

41.    Paragraph 41 contains a quote from a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the quotation. To the extent that Paragraph 41 calls for a legal conclusion no response is required. To the extent that Paragraph 41 contains allegations of fact the St. Clair County Defendants deny said allegations.

42.    Paragraph 42 contains multiple quotations from various citations which are not attached and are not statements of fact. St. Clair County Defendants neither admit nor deny the accuracy of the quotations. To the extent that Paragraph 42 calls for a legal conclusion no response is required. To the extent that Paragraph 42 contains allegations of fact the St. Clair County Defendants deny said allegations.

43    Paragraph 43 calls for a legal conclusion to which no response is required. To the extent that Paragraph 43 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants assert that they follow Illinois law regarding collection of real estate taxes and have not violated any rights of the Plaintiffs.

44.    Paragraph 44 contains a quote from a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the quotation. To the extent that Paragraph 44 calls for a

legal conclusion no response is required. To the extent that Paragraph 44 contains allegations of fact the St. Clair County Defendants deny said allegations.

45.    Paragraph 45 contains quotations from multiple citations which are not attached and are not statements of fact. St. Clair County Defendants neither admit nor deny the accuracy of the quotations. To the extent Paragraph 45 calls for a legal conclusion no response is required. To the extent that Paragraph 45 contains allegations of fact the St. Clair County Defendants deny said allegations.

46.    Paragraph 46 contains quotations from multiple citations which are not attached and are not statements of fact. St. Clair County Defendants neither admit nor deny the accuracy of the quotations. To the extent Paragraph 46 calls for a legal conclusion no response is required. To the extent that Paragraph 46 contains allegations of fact the St. Clair County Defendants deny said allegations.

47.    Paragraph 47 contains a quote from a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the quotation. To the extent Paragraph 47 calls for a legal conclusion no response is required. To the extent that Paragraph 47 contains allegations of fact the St. Clair County Defendants deny said allegations.

48.    Paragraph 48 contains a quote from a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the quotation. To the extent Paragraph 48 calls for a legal

conclusion no response is required. To the extent that Paragraph 48 contains allegations of fact the St. Clair County Defendants deny said allegations.

49.     Paragraph 49 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the quotation. To the extent that Paragraph 49 calls for a legal conclusion no response is required. To the extent that Paragraph 49 contains allegations of fact the St. Clair County Defendants deny said allegations.

50.     Paragraph 50 does not contain a tax year as to when the alleged amount was owed on the property or the alleged fair value of property. Further, Paragraph 50 citation to websites like Zillow or Redfin is not attached and therefore St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 50 and therefore deny the same and demand strict proof thereof. St. Clair County Defendants deny that an unconstitutional taking has occurred.

51.     Paragraph 51 does not contain a tax year as to when the alleged amount was owed on the property or the alleged fair value of property. Therefore St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 50 and therefore deny the same and demand strict proof thereof. St. Clair County Defendants deny that an unconstitutional taking has occurred.

52.     Paragraph 52 does not contain a tax year as to when the alleged amount was owed on the property or the alleged fair value of property. Therefore St. Clair County Defendants lack sufficient information to either admit or deny

the allegations contained in Paragraph 52 and therefore deny the same and demand strict proof thereof. St. Clair County Defendants deny that an unconstitutional taking has occurred.

53    Paragraph 53 contains allegations at a property not located within St. Clair County; therefore, St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 53 and therefore deny the same and demand strict proof thereof.

54.    Paragraph 54 contains allegations at a property not located within St. Clair County; therefore, St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 54 and therefore deny the same and demand strict proof thereof.

55.    Paragraph 55 does not contain a tax year as to when the alleged amount was owed on the property or the alleged fair value of property. Therefore St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 55 and therefore deny the same and demand strict proof thereof. St. Clair County Defendants deny that an unconstitutional taking has occurred.

56.    Paragraph 56 does not contain a tax year as to when the alleged amount was owed on the property or the alleged fair value of property. Therefore St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 56 and therefore deny the same and demand strict proof thereof. St. Clair County Defendants deny that an unconstitutional taking has occurred.

57.    Paragraph 57 does not contain a tax year as to when the alleged amount was owed on the property or the alleged fair value of property. Therefore St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 57 and therefore deny the same and demand strict proof thereof. St. Clair County Defendants deny that an unconstitutional taking has occurred.

58.    Paragraph 58 contains allegations at a property not located within St. Clair County; therefore, St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 58 and therefore deny the same and demand strict proof thereof.

59.    Paragraph 59 does not contain a tax year as to when the alleged amount was owed on the property or the alleged fair value of property. Therefore St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 59 and therefore deny the same and demand strict proof thereof. St. Clair County Defendants deny that an unconstitutional taking has occurred.

60.    Paragraph 60 contains allegations at a property not located within St. Clair County; therefore, St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 60 and therefore deny the same and demand strict proof thereof.

61.    Paragraph 61 contains allegations at a property not located within St. Clair County; therefore, St. Clair County Defendants lack sufficient

information to either admit or deny the allegations contained in Paragraph 61 and therefore deny the same and demand strict proof thereof.

62.     Paragraph 62 does not contain a tax year as to when the alleged amount was owed on the property or the alleged fair value of property. Therefore St. Clair County Defendants lack sufficient information to either admit or deny the allegations contained in Paragraph 62 and therefore deny the same and demand strict proof thereof. St. Clair County Defendants deny that an unconstitutional taking has occurred.

63.     Paragraph 63 calls for a legal conclusion to which no response is required. To the extent that Paragraph 63 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

64.     Paragraph 64 calls for a legal conclusion to which no response is required. To the extent that Paragraph 64 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

65.     Paragraph 65 calls for a legal conclusion to which no response is required. To the extent that Paragraph 65 contains allegations of fact the St. Clair County Defendants deny said allegations.

66.     Paragraph 66 calls for a legal conclusion to which no response is required. To the extent that Paragraph 66 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

67.    Paragraph 67 calls for a legal conclusion to which no response is required. To the extent that Paragraph 67 contains allegations of fact the St. Clair County Defendants deny said allegations. To the extent that Paragraph 67 contains allegations of fact the St. Clair County Defendants deny said allegations.

68.    Paragraph 68 calls for a legal conclusion to which no response is required. To the extent that Paragraph 68 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

69.    Paragraph 69 calls for a legal conclusion to which no response is required. To the extent that Paragraph 69 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

70.    Paragraph 70 contains a quote from a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the quotation, and to the extent that Paragraph 70 calls for a legal conclusion to which no response is required. To the extent that Paragraph 70 contains allegations of fact the St. Clair County Defendants deny said allegations.

71.    Paragraph 71 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the quotation, and to the extent that Paragraph 71 calls for a legal conclusion to which no response is required. To the extent that Paragraph 71

contains allegations of fact the St. Clair County Defendants deny said allegations.

72.    Paragraph 72 calls for a legal conclusion to which no response is required. To the extent that Paragraph 72 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

73.    Paragraph 73 calls for a legal conclusion to which no response is required. To the extent that Paragraph 73 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

74.    Paragraph 74 calls for a legal conclusion to which no response is required. To the extent that Paragraph 74 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

75.    Paragraph 75 calls for a legal conclusion to which no response is required. To the extent that Paragraph 75 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

76.    Paragraph 76 calls for a legal conclusion to which no response is required. To the extent that Paragraph 76 contains allegations of fact the St. Clair County Defendants deny said allegations.

77.    Paragraph 77 calls for a legal conclusion to which no response is
required. To the extent that Paragraph 77 contains allegations of fact the St.
Clair County Defendants deny said allegations.

78.    Paragraph 78 calls for a legal conclusion to which no response is
required. To the extent that Paragraph 78 contains allegations of fact the St.
Clair County Defendants deny said allegations.

79.    Paragraph 79 calls for a legal conclusion to which no response is
required. To the extent that Paragraph 79 contains allegations of fact the St.
Clair County Defendants deny said allegations.

80.    Paragraph 80 calls for a legal conclusion to which no response is
required. To the extent that Paragraph 80 contains allegations of fact the St.
Clair County Defendants lack sufficient information to either admit or deny said
allegations as Paragraph 80 does not reference a year and as such St. Clair
County Defendants deny said allegations and demands strict proof thereof. St.
Clair County Defendants deny that an unconstitutional taking has occurred.

81.    Paragraph 81 calls for a legal conclusion to which no response is
required. To the extent that Paragraph 81 contains allegations of fact the St.
Clair County Defendants deny said allegations.

82.    Paragraph 82 calls for a legal conclusion to which no response is
required. To the extent that Paragraph 82 contains allegations of fact the St.
Clair County Defendants deny said allegations.

83.    Paragraph 83 contains a quotation to a citation that is not attached
and is not a statement of fact. St. Clair County Defendants neither admit nor

deny the accuracy of the quotation, and to the extent that Paragraph 83 calls for a legal conclusion to which no response is required. To the extent that Paragraph 83 contains allegations of fact the St. Clair County Defendants deny said allegations.

84.    Paragraph 84 calls for a legal conclusion to which no response is required. To the extent that Paragraph 84 contains allegations of fact the St. Clair County Defendants deny said allegations.

85.    Paragraph 85 calls for a legal conclusion to which no response is required. To the extent that Paragraph 85 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

86.    Paragraph 86 contains quotes from citations which are not attached and are not statements of fact. St. Clair County Defendants neither admit nor deny the accuracy of the quotations. To the extent that Paragraph 86 contains factual allegations St. Clair County Defendants lack sufficient information to either admit or deny said allegations and therefore deny the same.

87.    Paragraph 87 contains quotes from citations which are not attached and are not statements of fact. St. Clair County Defendants neither admit nor deny the accuracy of the quotations. To the extent that Paragraph 87 contains factual allegations St. Clair County Defendants lack sufficient information to either admit or deny said allegations and therefore deny the same.

88.    St. Clair County Defendants deny the allegation that it has underfunded accounts. St. Clair County Defendants lack sufficient information

to neither admit nor deny the accuracy of the allegations against the other Defendants and therefore deny the same.

89.    Paragraph 89 references a study and quotation which are not attached and are not statements of fact. St. Clair County Defendants neither admit nor deny the accuracy of the study or quotation.

90.    Paragraph 90 references a study and citation which are not attached and are not statements of fact. St. Clair County Defendants neither admit nor deny the accuracy of the study or citation.

91.    Paragraph 91 contains quotations from citations which are not attached and are not statements of fact. St. Clair County Defendants neither admit nor deny the accuracy of the quotations. To the extent Paragraph 91 calls for a legal conclusion no response is required.

92.    Paragraph 92 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citations. To the extent that Paragraph 92 calls for a legal conclusion no response is required. St. Clair County Defendants deny that an unconstitutional taking has occurred.

93.    St. Clair County Defendants deny the allegations contained in Paragraph 93. St. Clair County Defendants lack sufficient information to either admit or deny the accuracy of the allegations against the other Defendants and therefore deny the same.

94.    Paragraph 94 calls for a legal conclusion to which no response is required. To the extent that Paragraph 94 contains allegations of fact the St.

Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

95.    Paragraph 95 calls for a legal conclusion to which no response is required. To the extent that Paragraph 95 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

96.    Paragraph 96 calls for a legal conclusion to which no response is required. To the extent that Paragraph 96 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

97.    Paragraph 97 contains quotations from citations which are not attached and are not statements of fact. St. Clair County Defendants neither admit nor deny the accuracy of the quotations. To the extent Paragraph 97 calls for a legal conclusion no response is required.

**PLAINTIFF CLASS**

98.    Paragraph 98 calls for a legal conclusion to which no response is required. To the extent that Paragraph 98 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that this case is appropriate for a class action.

99.    Paragraph 99 calls for a legal conclusion to which no response is required. To the extent that Paragraph 99 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that this case is appropriate for a class action.

100.    Paragraph 100 calls for a legal conclusion to which no response is
required. To the extent that Paragraph 100 contains allegations of fact the St.
Clair County Defendants deny said allegations. St. Clair County Defendants
deny that this case is appropriate for a class action.

101.    Paragraph 101 calls for a legal conclusion to which no response is
required. St. Clair County Defendants are not parties to the other cases cited in
Paragraph 101 and therefore lack sufficient information to either admit or deny
any factual allegations contained Paragraph 101 and therefore deny said
allegations. St. Clair County Defendants deny that this case is appropriate for a
class action.

102.    Paragraph 102 calls for a legal conclusion to which no response is
required. St. Clair County Defendants are not parties to the case cited in
Paragraph 102 and therefore lack sufficient information to either admit or deny
any factual allegations contained in Paragraph 102 and therefore deny said
allegations. St. Clair County Defendants deny that this case is appropriate for a
class action.

103.    Paragraph 103 calls for a legal conclusion to which no response is
required. To the extent that Paragraph 103 contains allegations of fact the St.
Clair County Defendants deny said allegations. St. Clair County Defendants
deny that this case is appropriate for a class action.

104.    Paragraph 104 calls for a legal conclusion to which no response is
required. St. Clair County Defendants are not parties to the other cases cited in
Paragraph 104 and therefore lack sufficient information to either admit or deny

any factual allegations contained Paragraph 104 and therefore deny said allegations. St. Clair County Defendants deny that this case is appropriate for a class action.

105.    Paragraph 105 calls for a legal conclusion to which no response is required. To the extent that Paragraph 105 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that this case is appropriate for a class action.

106.    Paragraph 106 calls for a legal conclusion to which no response is required. To the extent that Paragraph 106 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred. St. Clair County Defendants deny that this case is appropriate for a class action.

107.    Paragraph 107 calls for a legal conclusion to which no response is required. To the extent that Paragraph 107 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that this case is appropriate for a class action.

108.    Paragraph 108 calls for a legal conclusion to which no response is required. To the extent that Paragraph 108 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that this case is appropriate for a class action.

109.    Paragraph 109 calls for a legal conclusion to which no response is required. To the extent that Paragraph 109 contains allegations of fact the St.

Clair County Defendants deny said allegations. St. Clair County Defendants deny that this case is appropriate for a class action.

110.  Paragraph 110 calls for a legal conclusion to which no response is required. To the extent that Paragraph 110 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred. St. Clair County Defendants deny that this case is appropriate for a class action.

111.  Paragraph 111 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent that Paragraph 111 calls for a legal conclusion no response is required. To the extent that Paragraph 111 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that this case is appropriate for a class action.

112.  Paragraph 112 calls for a legal conclusion to which no response is required. To the extent that Paragraph 112 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that this case is appropriate for a class action.

113.  Paragraph 113 calls for a legal conclusion to which no response is required. To the extent that Paragraph 113 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred. St. Clair County Defendants deny that this case is appropriate for a class action.

114.  Paragraph 114 calls for a legal conclusion to which no response is required. To the extent that Paragraph 114 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that this case is appropriate for a class action.

115.  Paragraph 115 calls for a legal conclusion to which no response is required. To the extent that Paragraph 115 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that this case is appropriate for a class action.

116.  Paragraph 116 calls for a legal conclusion to which no response is required. To the extent that Paragraph 116 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that this case is appropriate for a class action.

117.  Paragraph 117 calls for a legal conclusion to which no response is required. To the extent that Paragraph 117 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred. St. Clair County Defendants deny that this case is appropriate for a class action.

118.  Paragraph 118 calls for a legal conclusion to which no response is required. To the extent that Paragraph 118 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred. St. Clair County Defendants deny that this case is appropriate for a class action.

**DEFENDANT CLASS**

119.   Paragraph 119 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent that Paragraph 119 calls for a legal conclusion to which no response is required. To the extent that Paragraph 119 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that this case is appropriate for a class action.

120.   Paragraph 120 calls for a legal conclusion to which no response is required. St. Clair County Defendants deny that this case is appropriate for a class action.

121.   Paragraph 121 calls for a legal conclusion to which no response is required. St. Clair County Defendants deny that this case is appropriate for a class action.

122.   Paragraph 122 calls for a legal conclusion to which no response is required. To the extent that Paragraph 122 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that this case is appropriate for a class action.

123.   Paragraph 123 calls for a legal conclusion to which no response is required. St. Clair County Defendant admits that there are 102 counties in Illinois; however, to the extent that Paragraph 123 contains additional allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that this case is appropriate for a class action.

124.  Paragraph 124 calls for a legal conclusion to which no response is required. To the extent that Paragraph 124 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that this case is appropriate for a class action.

125.  Paragraph 125 calls for a legal conclusion to which no response is required. St. Clair County Defendants deny that this case is appropriate for a class action.

126.  Paragraph 126 calls for a legal conclusion to which no response is required. To the extent that Paragraph 126 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred. St. Clair County Defendants deny that this case is appropriate for a class action.

127.  Paragraph 127 calls for a legal conclusion to which no response is required. To the extent that Paragraph 127 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred. St. Clair County Defendants deny that this case is appropriate for a class action.

**DAMAGE TO PLAINTIFF CLASS BEYOND STOLEN VALUE**

128.  Paragraph 128 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent that Paragraph 128 calls for a legal conclusion no response is required. To the extent that Paragraph 128 contains

allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

129.   Paragraph 129 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent Paragraph 129 calls for a legal conclusion no response is required. To the extent that Paragraph 129 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

130.   Paragraph 130 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent that Paragraph 130 calls for a legal conclusion no response is required. To the extent that Paragraph 130 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

131.   Paragraph 131 calls for a legal conclusion to which no response is required. To the extent that Paragraph 131 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

**UNCONSCIONABLE BEHAVIOR OF DEFENDANT CLASS**

132.   Paragraph 132 calls for a legal conclusion to which no response is required. To the extent that Paragraph 132 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

133.   Paragraph 133 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent that Paragraph 133 calls for a legal conclusion no response is required. To the extent that Paragraph 133 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

134.   Paragraph 134 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent Paragraph 134 calls for a legal conclusion no response is required. To the extent that Paragraph 134 contains allegations of fact the St. Clair County Defendants deny said allegations St. Clair County Defendants deny that an unconstitutional taking has occurred.

135.   Paragraph 135 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent that Paragraph 135 calls for a legal conclusion no response is required. To the extent that Paragraph 135 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

136.   Paragraph 136 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent Paragraph 136 calls for a legal conclusion no response is required. To the extent that Paragraph 136 contains allegations

of fact the St. Clair County Defendants deny said allegations. St. Clair County
Defendants deny that an unconstitutional taking has occurred.

137.   Paragraph 137 contains a citation which is not attached and is not
a statement of fact. St. Clair County Defendants neither admit nor deny the
accuracy of the citation. To the extent Paragraph 137 calls for a legal conclusion
no response is required. To the extent that Paragraph 137 contains allegations
of fact the St. Clair County Defendants deny said allegations. St. Clair County
Defendants deny that an unconstitutional taking has occurred.

138.   Paragraph 138 contains a citation which is not attached and is not
a statement of fact. St. Clair County Defendants neither admit nor deny the
accuracy of the citation. To the extent Paragraph 138 calls for a legal conclusion
no response is required. To the extent that Paragraph 138 contains allegations
of fact the St. Clair County Defendants deny said allegations. St. Clair County
Defendants deny that an unconstitutional taking has occurred.

139.   Paragraph 139 contains a citation which is not attached and is not
a statement of fact. St. Clair County Defendants neither admit nor deny the
accuracy of the citation. To the extent Paragraph 139 calls for a legal conclusion
no response is required. To the extent that Paragraph 139 contains allegations
of fact the St. Clair County Defendants deny said allegations. St. Clair County
Defendants deny that an unconstitutional taking has occurred.

140.   Paragraph 140 contains a citation which is not attached and is not
a statement of fact. St. Clair County Defendants neither admit nor deny the
accuracy of the citation. To the extent that Paragraph 140 calls for a legal

conclusion no response is required. To the extent that Paragraph 140 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

141.   Paragraph 141 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent Paragraph 141 calls for a legal conclusion no response is required. To the extent that Paragraph 141 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

142.   Paragraph 142 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent that Paragraph 142 calls for a legal conclusion no response is required. To the extent that Paragraph 142 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

143.   Paragraph 143 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent Paragraph 143 calls for a legal conclusion no response is required. To the extent that Paragraph 143 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

## CLAIMS

### *Count I: The Defendant Class had an established policy and practice of taking property without just compensation*

*in violation of the U.S. Constitution*

144.   Paragraph 144 calls for a legal conclusion to which no response is required. St. Clair County Defendants deny that an unconstitutional taking has occurred.

145.   Paragraph 145 calls for a legal conclusion to which no response is required. To the extent that Paragraph 145 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

146.   Paragraph 146 calls for a legal conclusion to which no response is required. To the extent that Paragraph 146 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

147.   Paragraph 147 calls for a legal conclusion to which no response is required. To the extent that Paragraph 147 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

148.   Paragraph 148 calls for a legal conclusion to which no response is required. To the extent that Paragraph 148 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

149.   Paragraph 149 calls for a legal conclusion to which no response is required. To the extent that Paragraph 149 contains allegations of fact the St.

Clair County Defendants deny said allegations. St. Clair County Defendants
deny that an unconstitutional taking has occurred.

150.   Paragraph 150 calls for a legal conclusion to which no response is
required. To the extent that Paragraph 150 contains allegations of fact the St.
Clair County Defendants deny said allegations. St. Clair County Defendants
deny that an unconstitutional taking has occurred.

151.   Paragraph 151 calls for a legal conclusion to which no response is
required. To the extent that Paragraph 151 contains allegations of fact the St.
Clair County Defendants deny said allegations. St. Clair County Defendants
deny that an unconstitutional taking has occurred.

### Count II: The Defendants and Defendant Class violated the takings clause rights of Plaintiffs and Plaintiff Class and Subclasses under the Illinois Constitution

152.   Paragraph 152 calls for a legal conclusion to which no response is
required. St. Clair County Defendants deny that an unconstitutional taking has
occurred.

153.   Paragraph 153 contains a citation which is not attached and is not
a statement of fact. St. Clair County Defendants neither admit nor deny the
accuracy of the citation, and to the extent that Paragraph 153 calls for a legal
conclusion to which no response is required. St. Clair County Defendants deny
that any unconstitutional taking took place.

154.   Paragraph 154 contains a citation which is not attached and is not
a statement of fact. St. Clair County Defendants neither admit nor deny the
accuracy of the citation. To the extent Paragraph 154 calls for a legal conclusion

no response is required. To the extent that Paragraph 154 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

155.   Paragraph 155 calls for a legal conclusion to which no response is required. To the extent that Paragraph 155 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

### Count III: The Defendants and Defendant Class levied excessive fines on Plaintiffs and the Plaintiff Class and Subclasses

156.   Paragraph 156 calls for a legal conclusion to which no response is required. St. Clair County deny that any imposition of an excessive fine occurred.

157.   Paragraph 157 calls for a legal conclusion to which no response is required. To the extent that Paragraph 157 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that any imposition of an excessive fine occurred.

158.   Paragraph 158 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent Paragraph 158 calls for a legal conclusion no response is required. To the extent that Paragraph 158 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that any imposition of an excessive fine occurred.

159.   Paragraph 159 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent Paragraph 159 calls for a legal conclusion

no response is required. To the extent that Paragraph 159 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that any imposition of an excessive fine occurred.

160.   Paragraph 160 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent Paragraph 160 calls for a legal conclusion no response is required. To the extent that Paragraph 160 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that any imposition of an excessive fine occurred.

161.   Paragraph 162 calls for a legal conclusion to which no response is required. To the extent that Paragraph 162 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that any imposition of an excessive fine occurred.

162.   Paragraph 162 calls for a legal conclusion to which no response is required. To the extent that Paragraph 162 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that any imposition of an excessive fine occurred.

163.   Paragraph 163 calls for a legal conclusion to which no response is required. To the extent that Paragraph 163 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that any imposition of an excessive fine occurred.

### *Count IV: The Defendants and Defendant Class committed the tort of inverse condemnation against the Plaintiffs and Plaintiff Class and Subclasses*

164.   Paragraph 164 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent Paragraph 164 calls for a legal conclusion no response is required. To the extent that Paragraph 164 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

165.   Paragraph 165 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent that Paragraph 165 calls for a legal conclusion no response is required. To the extent that Paragraph 165 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

166.   Paragraph 166 calls for a legal conclusion to which no response is required. To the extent that Paragraph 166 contains allegations of fact the St. Clair County Defendants deny said allegations. To the extent that Paragraph 166 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

167.   Paragraph 167 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation, and to the extent that Paragraph 167 calls for a legal conclusion to which no response is required. To the extent that Paragraph 167 contains allegations of fact the St. Clair County Defendants deny said

allegations. St. Clair County Defendants deny that an unconstitutional taking has occurred.

### *Count V: The Plaintiffs and Plaintiff Class and Subclasses's money was subject to tortious conversion by the Defendants and the Defendant Class*

The Court dismissed Count V without prejudice in its September 30, 2025 Order, (see Doc. 97). As such there is no response required to Count V. To the extent a response is required St. Clair County Defendants respond by stating that Paragraphs 168-178 contain citations which are not attached and are not statements of fact. St. Clair County Defendants neither admit nor deny the accuracy of any citations. To the extent that Paragraphs 168-178 calls for a legal conclusion no response is required. To the extent that Paragraphs 168-178 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County deny that any conversion took place.

### *Count VI: The Defendants and Defendant Class enjoy unjust enrichment from their theft of the surplus value*

179. Paragraph 179 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent that Paragraph 179 calls for a legal conclusion no response is required. To the extent that Paragraph 179 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that it has been unjustly enriched or have stolen any surplus value.

180. Paragraph 180 calls for a legal conclusion to which no response is required. To the extent that Paragraph 180 contains allegations of fact the St.

Clair County Defendants deny said allegations. St. Clair County Defendants deny that it has been unjustly enriched or have stolen any surplus value.

181.   Paragraph 181 calls for a legal conclusion to which no response is required. To the extent that Paragraph 181 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that it has been unjustly enriched or have stolen any surplus value.

182.   Paragraph 182 calls for a legal conclusion to which no response is required. To the extent that Paragraph 182 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that it has been unjustly enriched or have stolen any surplus value.

### Count VII: The Defendants and Defendant Class have committed the tort of money had and received

183.   Paragraph 183 contains a citation which is not attached and is not a statement of fact. St. Clair County Defendants neither admit nor deny the accuracy of the citation. To the extent that Paragraph 183 calls for a legal conclusion no response is required. St. Clair County Defendants deny that it is liable for the tort of money had and received.

184.   Paragraph 184 calls for a legal conclusion to which no response is required. To the extent that Paragraph 184 contains allegations of fact the St. Clair County Defendants deny said allegations. St. Clair County Defendants deny that it is liable for the tort of money had and received.

185.   Paragraph 185 calls for a legal conclusion to which no response is required. To the extent that Paragraph 181 contains allegations of fact the St.

Clair County Defendants deny said allegations. St. Clair County Defendants deny that it has been unjustly enriched or have stolen any surplus value.

WHEREFORE, Defendants, St. Clair County Treasurer, Andrew Lopinot, in his official capacity, and St. Clair County, respectfully pray that this Honorable Court grant find in its favor and against Plaintiffs and deny Plaintiff's relief sought in Paragraph 186-194 of the First Amended Complaint, and for such relief as this Honorable Court deems just and proper.

**ST. CLAIR COUNTY DEFENDANTS DEMAND A
TRIAL BY JURY OF 12 ON ALL TRIABLE COUNTS**

Respectfully submitted,
***Defendants St. Clair County Treasurer
Andrew Lopinot and St. Clair County***

By: _____ */s/ Thomas R. Ysursa* _____
***One of Their Attorneys***

Thomas R. Ysursa #6257701
Thomas J. Hunter #6256119
BECKER, HOERNER, & YSURSA, P.C.
5111 West Main Street
Belleville, IL 62226
Telephone: (618) 235-0020
Facsimile: (618) 235-8558
Email: try@bhylaw.com

Paul T. Slocomb #6226129
Hoffman & Slocomb, LLC.
1115 Locust St., 4th Floor
St. Louis, MO 63101
Telephone: 314-753-4364
Facsimile: 314-231-0323
Email: paulslocomb@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>December 5, 2025</u>, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

_____ */s/ Thomas R. Ysursa* _____