IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TOP METAL BUYERS, et al.,
    Plaintiff

v.

ANDREW LOPINOT, et al.,
    Defendants

    Case No. 3:24-cv-01073-NJR

_____

ANDREW LOPINOT, et al.,
    Third-Party Plaintiffs,

vs.

RAVEN SECURITIES, INC,
SOUTHWESTERN ILLINOIS
PROPERTIES, LLC, VI, INC., BLUESTEM
PROPERTIES, LLC, JICTB, INC., MS
INVESTMENT GROUP, INC., and SABRE
INVESTMENTS, LLC, on behalf of themselves
and all others similarly situated,

    Third-Party Defendants.

## **DEFENDANT JICTB'S MOTION TO DISMISS**

Now Comes Defendant, JICTB, Inc., and by and through its Attorney, Angela L. Tucker, and moves this Court to dismiss Third-Plaintiffs' Complaint with prejudice, pursuant to Rule 12(b)(1) and 12(b)(6). In support of its motion, Defendant JICTB submits the attached memorandum of law.

WHEREFORE, Defendant JICTB, Inc., respectfully requests that this Court enter an Order dismissing Plaintiff's Amended Complaint with prejudice and for such other and further relief as the Court deems appropriate and just.

Respectfully submitted,
JICTB, INC., Petitioner

BY: _____
ANGELA L. TUCKER, its Attorney

1

ANGELA L. TUCKER
JICTB, Inc.
1701 Broadmoor Dr. Ste 100
Champaign, IL  61821
217-419-9258
angela@jictb.com
Attorney for JICTB, INC.